FILED
7/19/23 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Ronald Lee Fritzius**

Debtor(s).

_____

Case No. 22-22538-GLT

Chapter 13

Related to Doc. Nos.  48

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

|   a plan modification sought by:   The Trustee to correct a scrivener's error contained in the previously filed Order Confirming Amended Plan at Doc 46. The previously submitted order refers to the confirmed plan as a regular plan and not an amended plan.

❑   a motion to lift stay
    as to creditor   _____

❑   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
|  Amended Chapter 13 Plan dated January 8, 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]                                              -1-

❏   Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.                        .

❏   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏   Debtor(s) shall file and serve _____ on or before _____.

❏   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

|   Other: The order entered on July 7, 2023 modifies the Amended Plan dated January 8, 2023.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 19th Day of July, 2023

Dated: July 19, 2023

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Scott A. McKeel, Jr.
Scott A. McKeel, Jr. (PA I.D. #208511)
Counsel to Debtor
McKeel & Associates
311 Western Avenue
Beaver, PA  15009
724-513-4061
mckeelscott@gmail.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #30399)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22538-GLT |
| Ronald Lee Fritzius | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Lee Fritzius, 113 Woodcock Drive, Aliquippa, PA 15001-4431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 00:41:22 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:22:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15557852 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 20 2023 00:31:10 | Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 15557847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 00:41:56 | Capital One, P.O. Box 31293, Salt lake City, UT 84131-0293 |
| 15557846 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 20 2023 00:22:00 | Clearview FCU, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 15569435 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 20 2023 00:22:00 | Clearview Federal Credit Union, 8805 University Blvd, Attn: Bankruptcy, Moon Twp, PA 15108-4212 |
| 15557848 | | Email/Text: mrdiscen@discover.com | Jul 20 2023 00:21:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 15559161 | | Email/Text: mrdiscen@discover.com | Jul 20 2023 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15576092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 00:30:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15557845 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 00:22:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15576090 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 00:30:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15557850 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2023 00:22:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit 48226-3573 |
| 15561479 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2023 00:22:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15560273 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:22:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15557851 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:22:00 | Santander Consumer, USA, 8585 Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |
| 15557849 | + | Email/Text: servicing@svcfin.com | Jul 20 2023 00:21:00 | Service Finance, 555 South federal Highway, Suite 200, Boca Raton, FL 33432-6033 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott Allen McKeel, Jr. | on behalf of Debtor Ronald Lee Fritzius mckeelscott@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5