Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald Lee Fritzius** | : | Case No. 22−22538−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 56 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 7th of August, 2025,* after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22538-GLT |
| Ronald Lee Fritzius | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald Lee Fritzius, 113 Woodcock Drive, Aliquippa, PA 15001-4431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:10:07 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2025 00:04:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15557852 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 08 2025 00:21:18 | Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 15557847 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:21:42 | Capital One, P.O. Box 31293, Salt lake City, UT 84131-0293 |
| 15557846 | + Email/Text: bankruptcy@clearviewfcu.org | Aug 08 2025 00:04:00 | Clearview FCU, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 15569435 | + Email/Text: bankruptcy@clearviewfcu.org | Aug 08 2025 00:04:00 | Clearview Federal Credit Union, 8805 University Blvd, Attn: Bankruptcy, Moon Twp, PA 15108-4212 |
| 15557848 | Email/Text: mrdiscen@discover.com | Aug 08 2025 00:03:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 15559161 | Email/Text: mrdiscen@discover.com | Aug 08 2025 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15576092 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:09:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15557845 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 00:04:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15576090 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:09:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15557850 | + Email/Text: bankruptcyteam@rocketmortgage.com | Aug 08 2025 00:04:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit 48226-3573 |
| 15561479 | + Email/Text: bankruptcyteam@rocketmortgage.com | Aug 08 2025 00:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15560273 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2025 00:04:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15557851 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2025 00:04:00 | Santander Consumer, USA, 8585 Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |
| 15557849 | + Email/Text: servicing@svcfin.com | Aug 08 2025 00:03:00 | Service Finance, 555 South federal Highway, Suite 200, Boca Raton, FL 33432-6033 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott Allen McKeel, Jr. | on behalf of Debtor Ronald Lee Fritzius mckeelscott@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5