**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD LEE FRITZIUS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-22538 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2022 and confirmed on 02/07/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,894.15 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,889.15 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,000.00 | |
|    Trustee Fee | 2,778.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,778.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 23,013.17 | 0.00 | 23,013.17 |
|     Acct: 2059 | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 3,296.70 | 3,296.70 | 0.00 | 3,296.70 |
|     Acct: 2059 | | | | |
|   SANTANDER CONSUMER USA | 11,690.14 | 7,492.13 | 2,002.23 | 9,494.36 |
|     Acct: 0713 | | | | |
|   CLEARVIEW FCU** | 1,530.64 | 1,530.64 | 0.00 | 1,530.64 |
|     Acct: 5975 | | | | |
| | | | | 37,334.87 |
| **Priority** | | | | |
|   SCOTT A MCKEEL JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD LEE FRITZIUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD LEE FRITZIUS | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCKEEL &  ASSOCIATES* | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-22538 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\*\*\*N O N E\*\*\*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| MIDLAND CREDIT MANAGEMENT  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**  Acct: 5975 | 6,145.43 | 950.38 | 0.00 | 950.38 |
| LVNV FUNDING LLC  Acct: 3536 | 436.87 | 67.56 | 0.00 | 67.56 |
| DISCOVER BANK(*)  Acct: 1620 | 6,631.85 | 1,025.60 | 0.00 | 1,025.60 |
| SERVICE FINANCE COMPANY LLC  Acct: 3239 | 4,735.58 | 732.35 | 0.00 | 732.35 |
| AIDVANTAGE O/B/O THE DEPARTMENT O  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PYOD LLC  Acct: 0746 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM CRAIG ESQ++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,775.89 |

TOTAL PAID TO CREDITORS                                                                                                                40,110.76

TOTAL CLAIMED
PRIORITY             0.00
SECURED         16,517.48
UNSECURED       17,949.73

Date: 09/08/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com