# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RONALD LEE FRITZIUS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:22-22538 GLT

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2022  and confirmed on 02/07/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,894.15 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,894.15 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,000.00 | |
| Trustee Fee | 2,778.39 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,778.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 23,013.17 | 0.00 | 23,013.17 |
| Acct: 2059 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 3,296.70 | 3,296.70 | 0.00 | 3,296.70 |
| Acct: 2059 | | | | |
| SANTANDER CONSUMER USA | 11,690.14 | 7,492.13 | 2,002.23 | 9,494.36 |
| Acct: 0713 | | | | |
| CLEARVIEW FCU** | 1,530.64 | 1,530.64 | 0.00 | 1,530.64 |
| Acct: 5975 | | | | |
| | | | | 37,334.87 |
| **Priority** | | | | |
| SCOTT A MCKEEL JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD LEE FRITZIUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD LEE FRITZIUS | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCKEEL &  ASSOCIATES* | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX2538 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLEARVIEW FCU** | 6,145.43 | 950.38 | 0.00 | 950.38 |
| Acct: 5975 | | | | |
| LVNV FUNDING LLC | 436.87 | 67.56 | 0.00 | 67.56 |
| Acct: 3536 | | | | |
| DISCOVER BANK(*) | 6,631.85 | 1,025.60 | 0.00 | 1,025.60 |
| Acct: 1620 | | | | |
| SERVICE FINANCE COMPANY LLC | 4,735.58 | 732.35 | 0.00 | 732.35 |
| Acct: 3239 | | | | |
| AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0746 | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,775.89 |

TOTAL PAID TO CREDITORS                                                                    40,115.76

TOTAL CLAIMED
PRIORITY                    5.00
SECURED               16,517.48
UNSECURED             17.949.73

Date: 02/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com